AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**

**11:32 am Nov 21 2022**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Patrick O'Meara | )  Case No. 1:22mj2249 |
| | ) |
| | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 11/18/2022 _____ in the county of _____ Trumbull _____ in the
_____ Northern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 usc 841(a)(1) and b1(C) | Possesion with intent to distribute controlled substances. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Luis A. Santiago Irizarry, Task Force Officer, DEA
*Printed name and title*

Sworn to via telephone after submission by reliable
electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: _____ 11/21/2022 _____

City and state: _____ Cleveland, OH _____



_____
James E. Grimes Jr., United States Magistrate Judge
*Printed name and title*